UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARCUS EDWARD MONDAY )<br>)<br>) | Case No. 1:22-cr-60<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

**ORDER**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 24] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Three (lesser included offense) of the three count Indictment; (2) accept Defendant's guilty plea to Counts Two and Three (lesser included offense) of the three count Indictment; (3) adjudicate Defendant guilty of bank robbery in violation of 18 U.S.C. §2113(d); (4) adjudicate Defendant guilty of possession of a firearm during and in relation to a crime of violence in violation of 18 U.S.C. §924(c)(1)(A)(i); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 24] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Two and Three (lesser included offense) of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Two and Three (lesser included offense) of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of bank robbery in violation of 18 U.S.C. §2113(d);

4. Defendant is hereby **ADJUDGED** guilty of possession of a firearm during and in relation to a crime of violence in violation of 18 U.S.C. §924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **October 13, 2023, at 9:00 a.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE